UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 27  A 11: 08

US DISTRICT COURT
BRIDGEPORT CT

RICK CRUZ

v.                          Case No.  3:01cv1577(WWE)  PRISONER

JOHN CRISCUOLO and
PETER TROMBLEY

ORDER OF DISMISSAL

By order filed March 4, 2003, the court directed plaintiff to show cause why the "three strikes" provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), should not preclude him from proceeding in forma pauperis in this action. Plaintiff was cautioned that failure to respond to the order on or before March 20, 2003, would result in the dismissal of this case. To date, plaintiff has neither responded to the court's order nor filed a motion for extension of time within which to do so.

Accordingly, this case is **DISMISSED** without prejudice pursuant to Rule 41(b), Fed. R. Civ. P., for failure to comply with the court's order and failure to prosecute this case. Any motion to reopen this case shall demonstrate good cause for failing to comply with the court's order and shall be accompanied by the required response.

**SO ORDERED** at Bridgeport, Connecticut, this 27th day of January, 2004.

_____
Warren W. Eginton
Senior United States District Judge